**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (*If known*): ____________

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

## Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

**The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Kevin**<br>First name<br>**Eugene**<br>Middle name<br>**Rains**<br>Last name<br>____<br>Suffix (Sr., Jr, II, III) | ____<br>First name<br>____<br>Middle name<br>____<br>Last name<br>____<br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | ____<br>First name<br>____<br>Middle name<br>____<br>Last name<br>____<br>Business name (if applicable)<br>____<br>Business name (if applicable) | ____<br>First name<br>____<br>Middle name<br>____<br>Last name<br>____<br>Business name (if applicable)<br>____<br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - 0 1 0 1<br>OR<br>**9**xx - xx - __ __ __ __ | xxx - xx - __ __ __ __<br>OR<br>**9**xx - xx - __ __ __ __ |

Debtor 1 **Kevin** **Eugene** **Rains** Case number *(if known)* ______
First Name Middle Name Last Name

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | __ __ - __ __ __ __ __ __ __<br>EIN<br>__ __ - __ __ __ __ __ __ __<br>EIN | __ __ - __ __ __ __ __ __ __<br>EIN<br>__ __ - __ __ __ __ __ __ __<br>EIN |
| **5. Where you live** | **3905 County Rd 405**<br>Number Street<br><br>**Alvarado, TX 76009**<br>City State ZIP Code<br>**Johnson**<br>County | **If Debtor 2 lives at a different address:**<br>Number Street<br><br>City State ZIP Code<br>County |
| | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br>Number Street<br>P.O. Box<br>City State ZIP Code | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.<br>Number Street<br>P.O. Box<br>City State ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408) | *Check one:*<br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408) |

Debtor 1 **Kevin** **Eugene** **Rains** Case number *(if known)* ____________

First Name Middle Name Last Name

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes. District ____________ When ____________ Case number ____________
  MM / DD / YYYY
  District ____________ When ____________ Case number ____________
  MM / DD / YYYY
  District ____________ When ____________ Case number ____________
  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No.
- ☐ Yes. Debtor ____________ Relationship to you ____________
  District ____________ When ____________ Case number, if known ____________
  MM / DD / YYYY
  Debtor ____________ Relationship to you ____________
  District ____________ When ____________ Case number, if known ____________
  MM / DD / YYYY

**11. Do you rent your residence?**

- ☑ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 **Kevin** **Eugene** **Rains** Case number *(if known)* ______

First Name Middle Name Last Name

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

- ☑ No. Go to Part 4.
- ☐ Yes. Name and location of business

Name of business, if any ______

Number Street ______

______

City ______ State ______ ZIP Code ______

*Check the appropriate box to describe your business:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

- ☑ No. I am not filing under Chapter 11.
- ☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
- ☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.
- ☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1 **Kevin** **Eugene** **Rains** Case number *(if known)* ______
First Name Middle Name Last Name

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes. What is the hazard? ______

If immediate attention is needed, why is it needed? ______

Where is the property? ______
Number Street
______
City State ZIP Code

Debtor 1 **Kevin** **Eugene** **Rains** Case number *(if known)* ______
First Name Middle Name Last Name

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

- ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.
- ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.
- ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

- ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.
- ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.
- ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 **Kevin** **Eugene** **Rains** Case number *(if known)* ______

First Name Middle Name Last Name

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☐ No. Go to line 16b.
- ☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

______

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☐ No. I am not filing under Chapter 7. Go to line 18.
- ☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☑ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,000-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ **/s/ Kevin Eugene Rains**

Kevin Eugene Rains, Debtor 1

Executed on **04/20/2026**

MM/ DD/ YYYY

Debtor 1 **Kevin** **Eugene** **Rains**
First Name Middle Name Last Name

Case number *(if known)* ____________

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ **/s/ Alan D Borden**
Signature of Attorney for Debtor

Date **04/20/2026**
MM / DD / YYYY

**Alan D Borden**
Printed name

**Resolve Law Group**
Firm name

**25140 Kingsland Blvd Suite 100**
Number Street

**Katy** **TX** **77494**
City State ZIP Code

Contact phone **(737) 707-4217** Email address **alan@resolvelawgroup.com**

**58250** **FL**
Bar number State

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Northern District of Texas

**In re** Rains, Kevin Eugene

Case No. ____________________

**Debtor**

Chapter 7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........ **$0.00**

   Prior to the filing of this statement I have received ........ **$0.00**

   Balance Due ........ **$0.00**

2. **$338.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor ☐ Other (specify)

4. The source of compensation to be paid to me is:

   ☑ Debtor ☐ Other (specify)

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 7:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d. The Firm's Pre-Petition Engagement Agreement contemplates that the Firm will provide all of the necessary services required for commencing a Chapter 7 bankruptcy case on behalf of the Debtor. In this regard, Attorneys for the Firm evaluated the Debtor's eligibility to file for bankruptcy, determined the correct chapter to file, and prepared a petition and accompanying exhibits as required by the Bankruptcy Code and the Local Rules of the Court, as well as any other documents necessary to complete the minimum documents required to be filed in a Chapter 7 case. The Firm's contractual responsibilities end upon completion of the filing of the bankruptcy case. The Debtor understands that there remains post-petition legal work necessary to finish the bankruptcy case and receive an Order of Discharge. After the petition and related documents are filed, the Debtor may engage the Firm for post-petition representation. If the Debtor does not choose to retain the Firm for services post-petition, the Firm will continue to represent the Debtor in the case until the Court enters an order allowing the Firm to withdraw from representation. The Debtor has also paid the Firm a Court Filing Fee of $338 and the cost of a credit report in the amount of $25.*

7. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

The contract between the parties does not contemplate that the Firm will provide post-petition legal services on the Debtor's behalf. The Firm's representation is limited solely to the preparation and filing of the Debtor's main case and limited post-petition services until the Court enters an order allowing the Firm to withdraw or, as otherwise extended pursuant to the terms of a mutually agreeable post-petition retention agreement.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**04/20/2026**
*Date*

**/s/ Alan D Borden**
Alan D Borden
*Signature of Attorney*

Bar Number: 58250
Resolve Law Group
25140 Kingsland Blvd Suite 100
Katy, TX 77494
Phone: (737) 707-4217

**Resolve Law Group**
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Rains, Kevin Eugene**

CASE NO

CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **04/20/2026** Signature **/s/ Kevin Eugene Rains**
Kevin Eugene Rains, Debtor

21st Mortgage Corp
PO Box 477
Knoxville, TN 37901

Ace Cash Express
300 E John Carpenter Frwy Ste 900
Irving, TX 75062

Advance America
750 Shipyard Dr Ste 300
Greenville, SC 29601

Advance America
676 SW Wilshire Blvd
Burleson, TX 76028

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St 4th Floor
Pittsburgh, PA 15212

Alamo Regional Mobility
Authority
1948 Probandt St.
San Antonio, TX 78214

Bank of Missouri
2700 S Lorraine Pl
Sioux Falls, SD 57106-3657

Bank of Missouri
3610 Buttonwood Dr
Columbia, MO 65201

Blue Haven
26281 Northwest Freeway
Cypress, TX 77429

Blue World Pools
120 Interstate N Pkwy E SE # 426
Atlanta, GA 30339

Brazoria County Toll Road
Authority
111 E. Locust St.
Angleton, TX 77515

Cameron County Regional
Mobility Authority
3461 Carmen Ave
Olmito, TX 78575

Camino Real Regional Mobility
Authority
801 Texas Avenue
El Paso, TX 79901

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Michael Castillo
3905 County Rd 405
Alvarado, TX 76009

CE (OTR), LLC dba TruckerFi
560 W Washington Blvd
Chicago, IL 60661

Central Texas Regional
Mobility Authority
ATTN: Bankruptcy
3300 N Interstate 35 Ste 300
Austin, TX 78705-1857

Chambers County Toll Road
Authority
404 Washington Avenue
Anahuac, TX 77514

Collin County Toll Road
Authority
2300 Bloomdale Rd.
Mckinney, TX 75071

Consumer Portfolio Services,
Inc.
Attn: Bankruptcy
PO Box 57071
Irvine, CA 92619

Credit Control, Llc
Attn: Bankruptcy
3300 Roder Trail S. Ste 500
Earth Cirty, MO 63045

Credit One
6801 S Cimarron Rd
Las Vegas, NV 89113

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

Daimler Truck Fin Serv USA
LLC
PO Box 279319
Sacramento, CA 95827

Teresa Dominguez
3905 County Rd 405
Alvarado, TX 76009

Fort Bend County Toll Road
Authority
PO Box 622002
Dallas, TX 75262

Fst Premier
Attn: Bankruptcy
601 S Minnesota Ave
Sioux Falls, SD 57104

GM Financial
Attn: Bankruptcy
PO Box 183853
Arlington, TX 76096

Goodleap Llc.
Attn: Bankruptcy Department
8781 Sierra College Blvd
Roseville, CA 95661

Grayson County Regional
Mobility Authorit
100 W. Houston Sherman
Sherman, TX 75090

HCTRA
Attn: Bankruptcy
PO Box 4440
Houston, TX 77210

Hidalgo County Regional
Mobility Authority
203 W Newcombe Ave
Pharr, TX 78577

Internal Revenue Service
Special Procedures Branch
PO Box 7346
Philadelphia, PA 19101

J. R. Jones Law PLLC
6026 Remson Hollow Lane
Katy, TX 77494

January Technologies
176 Grand Street 4th Floor
New York, NY 10013

Keith Everly
2490 Havenwood Dr
Fort Worth, TX 76108

Labcorp
PO Box 2240
Burlington, NC 27216

MCTRA
501 North Thompson Street
Conroe, TX 77301

Midland Credit Mgmt
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193

Mitchell's Truck Sales
5968 US-67
Alvarado, TX 76009

North Texas Tollway
Authority
PO Box 260928
Plano, TX 75026-0928

North Texas Tollway
Authority (NTTA)
5900 W Plano Pkwy Ste 100
Plano, TX 75093

Northeast Texas Regional
Mobility Authority
1011 Pruitt Pl
Tyler, TX 75703-1124

Radius Global Solutions
PO Box 390915 Ste 400-A
Minneapolis, MN 55439-0915

Nicholas Rains
3905 County Rd 405
Alvarado, TX 76009

Randy Murry
1107 Lupine Dr
Garland, TX 75043

Receivable Management
Services. Llc
Attn: Bankruptcy
7350 Tilghman St
Allentown, PA 18106

Snap Financial
1193 W. 2400 S
West Valley City, UT 84119

Speedy Cash
10884 West Bellfort Boulevard
Houston, TX 77099

Speedy Cash
800 Seminary Drive
Fort Worth, TX 76115

Springlf Fin
PO Box 1010
Evansville, IN 47706

Texas Comptroller of Public Accounts
Bankruptcy Section
PO Box 13528
Austin, TX 78771-3528

Texas Department of Transportation (TxDOT) – Toll Operations Division
125 E 11th St
Austin, TX 78701-2409

Texas Workforce Commission
Bankruptcy Unit
101 E 15th St Rm 556
Austin, TX 78778-1442

Tommy Schrage
9948 Runnymeade Pl
Fort Worth, TX 76108

U.S. Attorney Office
Southern District of Texas
1000 Louisiana Ste 2300
Houston, TX 77002

U.S. Department of Education
Attn: Bankruptcy
400 Maryland Avenue , SW
Washington, DC 20202

United Revenue Corp.
Attn: Bankruptcy
204 Billings Street Ste 120
Arlington, TX 76010

US Department of the Treasury
401 14th Street
Washington, DC 20027-0000

US Dept of Education
PO BOX 5609
Greenville, TX 75403-5609

US Small Business Administration
409 3rd St Sw Fl 2
Washington, DC 20416-0011

Viaset, Inc.
6155 El Camino Real
Carlsbad, CA 92009

Waller County Toll Road Authority
425 FM 1488
Hempstead, TX 77445